UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AARON AND LINDA
LAPEYROUSE

VERSUS

STATE FARM FIRE AND
CASUALTY COMPANY, ET AL

CIVIL ACTION

NO. 14-52-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 6, 2014 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Remand (doc. no. 8) is DENIED. Further, Wayne Guillot, Jr.'s Motion to Dismiss (doc. no. 6) is GRANTED. Further, Randy Juge's Motion to Dismiss (doc. no. 7) is GRANTED.

Baton Rouge, Louisiana, this 2nd day of September, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA