# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON AND LINDA LAPEYROUSE | * CIVIL ACTION No. 14-cv-0052 |
| | * |
| | * JUDGE: JAMES J. BRADY |
| VERSUS | * |
| | * |
| STATE FARM FIRE AND CASUALTY COMPANY, WAYNE GUILLOT, | * |
| | * |
| KRISTY CARMICHAEL, RANDY JUGE, | * MAG: RICHARD BOURGEOIS |
| JOHN DOE AND/OR JANE DOE | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that all claims against State Farm Fire and Casualty Company brought by Aaron Lapeyrouse and Linda Lapeyrouse, plaintiff herein, be and are hereby dismissed, with prejudice, with each party to bear their own costs of Court.

BATON ROUGE, LOUISIANA, this <u>20th</u> day of <u>December</u>, 2016.

_____

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1